In the Matter of the Application of AMERICAN DRY ICE CORPORATION for an Order of Mandamus against Hon. PETER SCHMUCK, Justice of the Supreme Court of the State of New York, in Connection with the Case of AMERICAN DRY ICE CORPORATION against DELANCEY CHEMICAL CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Merrell,

McAvoy, O'Malley and Townley, JJ. [See 245 App. Div. 712; Id. 810; *ante*, p. 530.]